DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

MATTHEW CHARLES JAIME, *Cal. Bar. No.:140340*
MATHENY SEARS LINKERT & JAIME, LLP
3638 American River Drive
Sacramento, CA 95853-4711
Tel: 916-978-3434 / Fax: 916978-3430
Email: mjaime@mathenysears.com

*Attorney for Defendant:* **American Furniture Warehouse Corporation**

LANCE EDWARD ARMO, *Cal. Bar. No.:176561*
THE LAW OFFICE OF LANCE E. ARMO
264 Clovis Avenue, Suite 204
Clovis, CA 93612
Tel: 559-324-6527 / Fax: 559-324-6526
Email: earmo26@gmail.com

*Attorney for Defendants:* **Mary Lou Anderson, and, Carolyn M. Young**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br>　　　　　　Plaintiff,<br>v.<br>**AMERICAN FURNITURE WAREHOUSE CORPORATION**, as an entity and doing business as "American Furniture Galleries", **MARY LOU ANDERSON**, as an individual and as trustee of the Mary Lou Anderson Living Trust dated July 18, 2003, **CAROLYN M. YOUNG**, as an individual and as trustee of the Mary Lou Anderson Living Trust dated July 18, 2003, and **DOES** 1-50, Inclusive,<br>　　　　　　Defendants. | Case No.: 2:19-cv-00209-MCE-KJN<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, this action is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:  June 2, 2020**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE